# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TETRA TECH, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>———————————————<br><br>AND RELATED THIRD-PARTY COMPLAINT | **Case No. 2:21-cv-05725-SPG-DFMx**<br>HON. SHERILYN PEACE GARNETT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF THE GUARANTEE COMPANY OF NORTH AMERICA USA'S COMPLAINT AND TETRA TECH, INC.'S THIRD PARTY COMPLAINT** |

///
///
///
///
///
///
///

**ORDER RE DISMISSAL WITH PREJUDICE**

    A stipulation of dismissal of the complaint and third-party complaint has been signed by all parties to this action (ECF Nos. 95, 97). Pursuant to said stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), the complaint of Plaintiff The Guarantee Company of North America USA shall be dismissed, with prejudice, with each party to bear their own fees and costs. The third-party complaint of third party plaintiff TETRA TECH, INC. shall be dismissed, with prejudice, with each party to bear their own fees and costs.

Dated: November 17, 2022

                        HON. SHERILYN PEACE GARNETT
                        UNITED STATES DISTRICT JUDGE